**Order entered February 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00523-CR

### CRISTAL PAULLETT RICHARDSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F13-00479-X**

## ORDER

The Court **REINSTATES** the appeal.

On January 28, 2015, we granted the January 23, 2015 motion of Lori Ordiway to withdraw as appellant's counsel and ordered the trial court to appoint new counsel to represent appellant. We have received the trial court's order appointing Bruce Anton as appellant's attorney. We **DIRECT** the Clerk to list Bruce Anton as appellant's attorney of record.

Appellant's brief has been filed and the State's brief is due February 15, 2015.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Bruce Anton and the Dallas County District Attorney's Office.

/s/     ADA BROWN
        JUSTICE